## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:99-cr-00030-HDM-VCF |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| vs. | ) | MOTION FOR |
| | ) | RECOMMENDATION |
| ANGELO EARL, | ) | OF BUREAU OF PRISONS' |
| | ) | PLACEMENT FOR |
| Defendant. | ) | DEFENDANT |
| | / | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Defendant's [139] Motion for Recommendation is GRANTED. Further, in accordance with the Defendant's [137] Judgment for Revocation of Supervised Release filed on 2/19/2014, the Court recommends placement of the Defendant, ANGELO EARL, at the Taft Prison Camp located in Taft, California.

**IT IS SO ORDERED**.

Dated this 25th day of February, 2014.

_____
HOWARD D. McKIBBEN,
Senior U.S. District Judge